IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LORENZO NICHOLS,
        Plaintiff,

v.

JERI SMOCK, et al,
        Defendants.

C.A. No. 19-164 Erie

District Judge Susan Paradise Baxter
Magistrate Judge Richard A. Lanzillo

## MEMORANDUM ORDER

This action was commenced by Plaintiff's filing of a *pro se* civil rights complaint accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion"), on June 10, 2019. This matter was later assigned to the undersigned as presiding judge and referred to United States Magistrate Judge Richard A. Lanzillo, for all pretrial matters.

On October 15, 2019, Plaintiff filed a motion for temporary restraining order [ECF No. 14]. In this motion, Plaintiff seeks an order directing Defendants' counsel to refrain from sending legal mail to Smart Communications to avoid delays in his receipt of the mail.

On October 18, 2019, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for temporary restraining order be denied [ECF No. 15]. The original deadline for filing objections to the R&R was November 1, 2019, but was subsequently extended to November 29, 2019; nonetheless, no objections have been received.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of December, 2019;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order

[ECF No. 14] is DENIED. The report and recommendation of Magistrate Judge Lanzillo, issued October 18, 2019 [ECF No. 15], is adopted as the opinion of the court.

                                                                                          SUSAN PARADISE BAXTER
                                                                                          United States District Judge

cc:   The Honorable Richard A. Lanzillo
        United States Magistrate Judge